

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE
SENTENCING REFORM ACT OF 1984

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM



    I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **September 3, 1993**, as instrument number **494421**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant: John F. Tevid      Residence: Dededo, Guam 96929
    SSN: XXX-XX-4727
    DOB: XX-XX-1962

Court Imposing Judgment: U.S. District Court of Guam

Court Number: CR 92-00064

Amount of Judgment: $12,500.00

Place of filing: Guam

WITNESS my hand at Hagåtña, Guam, on this, the 26th day of May, 2006.

MARIVIC P. DAVID
Assistant U.S. Attorney

FILED
DISTRICT COURT OF GUAM
MAY 31 2006
MARY L.M. MORAN
CLERK OF COURT

Case 1:92-cr-00064    Document 69    Filed 05/31/2006    Page 1 of 1

ORIGINAL